## Case No. 17,189.

### WARNER v. ROBERTSON.

[Nowhere reported; opinion not now accessible.]